No. 72–96. MEMPHIS LIGHT, GAS & WATER DIVISION *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–105. CAPITAL ASSISTANCE CORP. *v.* UNITED STATES ET AL. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.